## Ex Parte FINLEY.

### No. 20,033; October 11, 1884.

#### 4 Pac. 881.

Habeas Corpus—Prisoner Properly in Custody.—A prisoner will not be discharged on habeas corpus where, from the return of the officer having him in custody, it appears that he is held under an information in due form charging him with forgery.

Application for discharge on habeas corpus.

C. B. Darwin for petitioner.

See Ex parte Finley, 66 Cal. 262, 5 Pac. 222.

MORRISON, C. J.—Petitioner prays to be discharged on habeas corpus. It appears from the return of the officer having the defendant in custody that he is held under an information charging him with forgery. I do not deem it a proper exercise of authority to discharge the defendant, under the circumstances of the case.

Writ dismissed and prisoner remanded.